1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WINSTON MILLER,                         No. 2:21-CV-1425-DMC-P

12           Plaintiff,

13       v.                                  <u>ORDER</u>

14   MONA HOUSTON, et al.,

15           Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18   42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the
19   federal venue statute requires that the action be brought only in (1) a judicial district where any
20   defendant resides, if all defendants reside in the same State, (2) a judicial district in which a
21   substantial part of the events or omissions giving rise to the claim occurred, or a substantial part
22   of property that is the subject of the action is situated, or (3) a judicial district in which any
23   defendant may be found, if there is no district in which the action may otherwise be brought.  <u>See</u>
24   28 U.S.C. § 1391(b).  Here, the claim(s) arose in San Bernardino County, which is within the
25   boundaries of the United States District Court for the Central District of California.  Therefore,
26   the Court finds that this action most appropriately proceeds in that district.  In the interest of
27   justice, the Court will transfer this case.  <u>See</u> 28 U.S.C. § 1406(a).
28   / / /

                                                    1

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: August 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2